TRAVIS HOWELL
Register Number 54167-037
Federal Correction Institution
Satellite Camp
Post Office Box 670
Minersville, PA 17954

DEFENDANT PRO SE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case 24 cr 367 |
| TRAVIS HOWELL, | ) | |
| Defendant. | ) | |

### MOTION FOR RETURN OF PROPERTY

TRAVIS HOWELL moves for the return of his property now that his criminal conviction and sentence are final.

### FACTS

On June 4, 2024, Mr. Howell's I-Phone 11 was seized during a house raid. *Exhibit* 1 (Travis Howell Declaration). On November 23, 2024, Mr. Howell's I-Phone 13 was seized at the time his arrest. Id. Mr. Howell's passport was also seized at the time of his arrest.

On June 17, 2025, Mr. Howell was charged in a one-count superseding information. (ECF 81). Count charged Mr. Howell conspired to distribute cocaine in

1

violation of 21 U.S.C. § 841(b)(1)(B). Id. The superseding information also alleged the following property was subject to forfeiture:

On June 17, 2025, Mr. Howell plead guilty to conspiracy to distribute cocaine pursuant to a written plea agreement. (ECF 86 & 87). The written plea agreement specified the forfeiture of the property listed in the information. Id. On October 9, 2025, the Court sentenced Mr. Howell to 108 months imprisonment. (ECF 111).

Mr. Howell is entitled to the return of his two I Phones and his Passport. A person aggrieved by the deprivation of property may move for the property's return." Fed.R.Civ.P. 41(g). The general rule is that seized property should be returned to the rightful owner after criminal proceedings have terminated, 'unless it is contraband or subject to forfeiture.'" *United States v. Roca*, 676 F. App'x 194 (4th Cir. 2017).

## CONCLUSION

WHEREFORE, in the interest of justice, Mr. Howell requests the return of his two I Phones and his Passport.

Respectfully submitted,

_/s/ Travis Howell_
Travis Howell, pro se

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury a copy of DEFENDANT'S NOTICE OF APPEAL was placed in the United States Mail, first-class postage affixed, addressed to:

    Clerk
    United States District Court
    District of Baltimore
    101 W. Lombard Street
    Baltimore, Md 21201

and,

    United States Attorney
    36 S. Charles Street, 4 Fl
    Baltimore, MD 21201

for the purpose of service herein. Executed on this 1st day of January, 2026. 28 U.S.C. § 1746.

*/s/ Travis Howell*
Travis Howell